UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF
PENNSYLVANIA


| | | |
|---|---|---|
| KEURY NIC SANTANA LOPEZ, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION - LAW |
| vs. | : | |
| | : | JURY TRIAL DEMANDED |
| FRANK A. CATALDI, | : | |
| | : | No: |
| Defendant. | : | |


## COMPLAINT

Plaintiff KEURY NIC SANTANA LOPEZ, by and through his attorney, WILLIAM I. ABRAHAM, Esquire, who alleges as follows:


## JURISDICTION AND VENUE

1.    This action arises out of violations of 42 U.S.C. § 1983, and the common law.

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343 and 1367. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because all defendants reside in this State and some of the defendants reside in this judicial district, and because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

<u>THE PARTIES</u>

3.     Plaintiff KEURY NIC SANTANA LOPEZ, hereinafter "Santana Lopez," was a resident of Hazleton City, Luzerne County, Pennsylvania.

4.     Defendant FRANK A. CATALDI, hereinafter "Cataldi" is a police officer. Upon information and belief, at the time of the incident described below, defendant CATALDI was employed by the Tilden Township, Pa. Police Department.

5.     Upon information and belief, the defendant is a resident of the Commonwealth of Pennsylvania.

<u>BACKGROUND</u>

6.     On or about June 11, 2023, Defendant, CATALDI, while in his employ as a police officer, was notified of a theft which had occurred at Lowe's Home Improvement retail outlet located at 20 Wilderness Trail, Hamburg, Pennsylvania.

7.     CATALDI was provided a witness report and surveillance video showing 2 individuals arriving at Lowe's and committing various crimes including theft, forgery and related offenses.

8.     The amount of the thefts exceeded $7,000.00.

9.     On or about August 31, 2023, defendant CATALDI, "through investigation," erroneously identified SANTANA LOPEZ as one of the

perpetrators of the crime and prepared and filed a police criminal complaint charging SANTANA LOPEZ with the following felony crimes:

a.    theft by deception;

b.    receiving stolen property;

c.    retail theft;

d.    forgery;

e.    unlawful use of credit cards; and,

f.    identity theft.

10.    On or about September 2023, defendant SANTANA LOPEZ was made aware of the charges filed against him and the felony warrant issued for his arrest.

11.    On or about September, 2023 SANTANA LOPEZ engaged the services of William I. Abraham, Esq. for representation regarding the charges filed by defendant CATALDI.

12.    Upon review of the information readily available to him, Attorney Abraham determined that the defendant SANTANA LOPEZ was **not** the same person depicted in the video provided by Lowe's Home Improvement.

13.    Attorney Abraham contacted defendant CATALDI who was provided several color photographs of SANTANA LOPEZ whereby CATALDI realized he had misidentified SANTANA LOPEZ as one of the

persons involved in the aforementioned felony crimes and subsequently withdrew all criminal charges in advance of the preliminary hearing through the Berks County District Attorney's Office.

## COUNT ONE - FALSE ARREST
### (42 U.S.C. § 1983)

14.    Plaintiff repeats and realleges each and every allegation contained in 1 through 13 as if fully repeated herein.

15.    Defendant CATALDI caused criminal proceedings to be initiated against plaintiff SANTANA LOPEZ, resulting in the issuance of an arrest warrant and prosecution.

16.    All of the criminal proceedings relating to the incident terminated in favor of plaintiff SANTANA LOPEZ.

17.    Defendant's initiation of this criminal charge against plaintiff SANTANA LOPEZ proximately caused damage to plaintiff SANTANA LOPEZ.

18.    Therefore, defendant's conduct was a deprivation, under color of state law, of rights guaranteed to plaintiff SANTANA LOPEZ under the Fourth and Fourteenth Amendments to the United States Constitution.

19.    Defendant's picture, personal information and warrant information were posted on the Tilden Township Police Department

facebook website, and remained so posted after said charges were withdrawn for several days.

20.    As a result of defendant's violations of plaintiff's Constitutional rights, plaintiff suffered damage including but not limited to:

a.    Humiliation and Reputation Damage;

b.    Anxiety;

c.    Stress;

d.    Grief; and,

e.    Monetary damages

<u>JURY DEMAND</u>

Plaintiff demands trial by jury.

WHEREFORE, plaintiff demands judgment for:

A.    Count One - False arrest, an amount to be determined at trial, including punitive damages, plus interest.

B.    For plaintiff's attorneys' fees, pursuant to 42 U.S.C. §1988;

C.    For the costs and disbursements incurred in this action; and,

D.    For such other and further relief as the Court deems just and proper.

Respectfully submitted:


/s/ *WILLIAM I. ABRAHAM*
WILLIAM I. ABRAHAM, ESQUIRE
PA Supreme Court I.D. No. 89101
1170 Highway 315, Suite #1
Plains, PA 18702
Tel: (570) 762-9988
Fax: (570) 825-7799
Email: wabrahamlaw@gmail.com